IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 07-3261 |
| | ) | |
| STATE OF ILLINOIS, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF APPEARANCE

Please notice the appearance of James A. Lewis as counsel for the United States, and please send notices to Mr. Lewis instead of Rodger A. Heaton.

                Respectfully submitted,
                RODGER A. HEATON
                United States Attorney

                s/ James A. Lewis
By:   _____
                James A. Lewis, NC Bar No. 5470
                Attorney for Plaintiff
                United States Attorney's Office
                318 South Sixth Street
                Springfield, IL  62701
                Telephone:  217-492-4450
                Fax:  217-492-4888
                email:  jim.lewis2@usdoj.gov

## **CERTIFICATE OF SERVICE**

      The following persons were served with a copy of the foregoing electronically or by mailing them a copy.

      Alexander K. Haas
U.S. Department of Justice
Civil Division
P.O. Box 883
Washington, DC  20044

Lisa Madigan
Illinois Attorney General
500 South Second Street
Springfield, IL  62706

Gov. Rod Blagojevich
c/o Lisa Madigan
Illinois Attorney General
500 South Second Street
Springfield, IL  62706

| | |
|---|---|
| September 26, 2007 | s/ James A. Lewis |
| Date:_____ | _____ |
| | James A. Lewis |