UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE STATE OF ILLINOIS, )<br>)<br>Defendant. )<br>) | CIVIL ACTION NO.:<br><br>07-cv-3261-JES-BGC<br><br>**(Oral Argument Requested)** |

## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Plaintiff, the United States of America, hereby moves for summary judgment pursuant to Federal Rule of Civil Procedure 56(a), (c) and the Local Civil Rule 7.1(D).  As set forth in the accompanying memorandum in support of this motion, the supporting declaration, as well as the Complaint, the United States is entitled to summary judgment declaring that Section 12(a) of Illinois Public Act 95-138 is invalid under the Supremacy Clause of the United States Constitution.  Based on the accompanying materials filed concurrently herewith, the United States respectfully requests that the Court enter a declaratory judgment that federal law preempts the Illinois statute.  The preemptive effect of federal law is a legal question and there are no genuine issues of material fact that would preclude this Court from entering summary judgment in favor of plaintiff as a matter of law.  As a result, the Court should issue a permanent injunction against defendant prohibiting enforcement of Section 12(a) of the Illinois Act, and grant such other and further relief as may be just and proper.  A proposed order is attached.

Pursuant to Local Civil Rule 7.1(D)(4), the United States respectfully requests oral argument and a hearing on the instant motion.

1

| | |
|---|---|
| Dated: November 16, 2007 | Respectfully submitted, |
| OF COUNSEL: | PETER D. KEISLER<br>Assistant Attorney General |
| GUS P. COLDEBELLA<br>*General Counsel (Acting)* | RODGER A. HEATON<br>United States Attorney |
| NICHOLAS D. GRAY<br>*Attorney-Advisor*<br>*Office of the General Counsel* | ARTHUR R. GOLDBERG<br>Assistant Director, Federal Programs Branch |
| |    */s/ Alexander K. Haas* |
| U.S. Department of Homeland Security<br>Mail Stop 3650<br>Washington, D.C. 20528 | ALEXANDER K. HAAS (CA Bar# 220932)<br>Attorney for Plaintiff<br>Trial Attorney, Federal Programs Branch<br>United States Department of Justice<br>P.O. Box 883<br>Washington, D.C. 20044<br>Tel: (202) 307-3937—Fax: (202) 616-8470<br>alexander.haas@usdoj.gov |

**Certificate of Service**

  I hereby certify that on November 16, 2007, I filed the foregoing Motion for Summary Judgment and Materials in Support thereof through the Court's CM/ECF system.

  I further certify that on November 16, 2007, I have mailed by first-class mail through the United States Postal Service, the foregoing materials to the following non-registered participant:

Terence J. Corrigan  
Assistant Attorney General  
500 South Second Street  
Springfield, IL 62706  
Telephone: 217/782-5819  
Facsimile: 217/524-5091  
E-mail: tcorrigan@atg.state.il.us  
Attorney for Defendant, the State of Illinois

                 /s/ Alexander K. Haas  
                ALEXANDER K. HAAS (CA Bar# 220932)  
                Attorney for Plaintiff  
                Trial Attorney, Federal Programs Branch  
                United States Department of Justice  
                P.O. Box 883  
                Washington, D.C.  20044  
                Tel: (202) 307-3937—Fax: (202) 616-8470  
                alexander.haas@usdoj.gov

E-FILED
Friday, 16 November, 2007   04:05:39 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>THE STATE OF ILLINOIS,<br><br>　　　　Defendant. | CIVIL ACTION NO.:<br><br>07-cv-3261-JES-BGC |

**[PROPOSED] ORDER**

Having considered the materials submitted by the parties in connection with the United States' Motion for Summary Judgment, it is hereby ordered that the United States' Motion for Summary Judgment is GRANTED;

Further ORDERED, pursuant to 28 U.S.C. §§ 2201-02 and Federal Rule of Civil Procedure 57, that Section 12(a) of Illinois Public Law 95-138 is declared invalid, null, and void because it is preempted by federal law under the Supremacy Clause of the United States Constitution;

Further ORDERED that the State of Illinois, its Officers, and other officials are hereby permanently enjoined from enforcing Section 12(a) of Illinois Public Law 95-138.

Dated: _____

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　JEANNE E. SCOTT
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE