IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | No. 07-3261 |
| ) | |
| THE STATE OF ILLINOIS, ) | |
| ) | |
| Defendant. ) | |

**MOTION FOR ENLARGEMENT OF TIME
TO ANSWER OR OTHERWISE PLEAD**

Now comes defendant, THE STATE OF ILLINOIS, by its attorney, Lisa Madigan, Attorney General of the State of Illinois, and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, hereby respectfully requests an enlargement of time to file its answer or otherwise plead in this matter, stating as follows:

1.  On September 25, 2007, plaintiff's complaint was filed in the United States District Court for the Central District of Illinois.

2.  Defendant's answer to plaintiff's complaint is due November 26, 2007.

3.  Additional time is needed to answer plaintiff's complaint or otherwise plead in this matter.

4.  Defendant requests an enlargement of time to and including December 3, 2007, in which to file its answer or otherwise plead.

5.  This motion is made in good faith and is not made for the purpose of causing undue delay.

6.      Counsel for the plaintiff has no objection to this Honorable Court granting defendant additional time, to and including December 3, 2007, to respond to plaintiff's complaint.

        Respectfully submitted,

        THE STATE OF ILLINOIS,

           Defendant,

        LISA MADIGAN, Attorney General,
        State of Illinois,

TERENCE J. CORRIGAN, #06191237    Attorney for Defendant,
CARRIE L. KINSELLA, #6283318
Assistant Attorney General
500 South Second Street
Springfield, Illinois  62706
217/782-5819        BY: s/Terence J. Corrigan
           TERENCE J. CORRIGAN
           CARRIE L. KINSELLA
    Of Counsel.        Assistant Attorneys General

**Certificate of Service**

I hereby certify that on November 26, 2007, I presented the foregoing Motion for Enlargement of Time to Answer or Otherwise Plead to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following:

alexander.haas@usdoj.gov

and I hereby certify that on November 26, 2007, I have mailed by United States Postal Service, the document to the following non-registered participant:

    None

    /s/Terence J. Corrigan
Terence J. Corrigan
Carrie L. Kinsella
Assistant Attorneys General
Attorneys for Defendants
500 South Second Street
Springfield, IL 62706
Telephone: 217/782-5819
Facsimile: 217/524-5091
E-mail: tcorrigan@atg.state.il.us