E-FILED
Monday, 26 November, 2007  04:37:37 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | ) No. 07-3261 |
| | ) |
| THE STATE OF ILLINOIS, | ) |
| | ) |
| Defendant. | ) |

## ENTRY OF APPEARANCE

NOW COMES Lisa Madigan, Attorney General of the State of Illinois, by Terence J. Corrigan, Assistant Attorney General, State of Illinois, and hereby enters his appearance as lead counsel on behalf of defendant, THE STATE OF ILLINOIS, in the above cause.

                        Respectfully submitted,

                        THE STATE OF ILLINOIS,

                            Defendant,

                        LISA MADIGAN, Attorney General,
                        State of Illinois,

| | |
|---|---|
| TERENCE J. CORRIGAN, #06191237 | Attorney for Defendant, |
| Assistant Attorney General | |
| 500 South Second Street | |
| Springfield, Illinois 62706 | |
| 217/782-5819 | BY: s/Terence J. Corrigan |
| |      TERENCE J. CORRIGAN |
| |      Assistant Attorney General |

Of Counsel.

**Certificate of Service**

I hereby certify that on November 26, 2007, I presented the foregoing Entry of Appearance to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following:

alexander.haas@usdoj.gov

rodger.heaton@usdoj.gov

jim.lewis2@usdoj.gov

and I hereby certify that on November 26, 2007, I have mailed by United States Postal Service, the document to the following non-registered participant:

None

s/Terence J. Corrigan
Terence J. Corrigan
Assistant Attorneys General
Attorney for Defendant
500 South Second Street
Springfield, IL 62706
Telephone: 217/782-5819
Facsimile: 217/524-5091
E-mail: tcorrigan@atg.state.il.us