E-FILED
Monday, 03 December, 2007  04:46:47 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| -vs- | ) No. 07-3261 |
| THE STATE OF ILLINOIS, | ) |
| Defendant. | ) |

## **A N S W E R**

Now comes defendant, THE STATE OF ILLINOIS, by its attorney, Lisa Madigan, Attorney General of the State of Illinois, and for its answer to plaintiff's complaints, states:

1. Defendant admits the allegations contained in paragraph 1 of plaintiff's complaint.

2. Defendant admits the allegations contained in paragraph 2 of plaintiff's complaint.

3. Defendant admits the allegations contained in paragraph 3 of plaintiff's complaint.

4. Defendant admits the allegations contained in paragraph 4 of plaintiff's complaint.

5. Defendant admits the allegations contained in paragraph 5 of plaintiff's complaint.

6. The allegations contained in paragraph 6 of plaintiff's complaint consist of legal conclusions which defendant neither admits, nor denies.

7. Defendant lacks sufficient information to admit or deny the allegations contained in paragraph 7 of plaintiff's complaint.

8. Defendant lacks sufficient information to admit or deny the allegations contained in paragraph 8 of plaintiff's complaint.

9. Defendants admit the allegations contained in paragraph 9 of plaintiff's complaint.

10. Defendant lacks sufficient information to admit or deny the allegations contained in paragraph 10 of plaintiff's complaint.

11. The allegations contained in the first sentence of paragraph 11 of plaintiff's complaint consist of legal conclusions which defendant neither admits, nor denies. Defendant admits the remaining allegations contained in that paragraph.

12. Defendant admits the allegations contained in the first sentence of paragraph 12 of plaintiff's complaint. Defendant denies the remaining allegations of that paragraph.

13. Defendant admits the allegations contained in paragraph 13 of plaintiff's complaint.

14. Defendant admits the allegations contained in paragraph 14 of plaintiff's complaint.

15. Defendant admits the allegations contained in paragraph 15 of plaintiff's complaint.

16. Defendant admits that the guidelines identify Illinois as one of the states in which employers may participate in the Basic Pilot Program. Defendant denies that those states were identified in the guidelines as the five states with the highest estimated population of illegal aliens.

17. Defendant admits the allegations contained in paragraph 17 of plaintiff's

complaint.

18.  Defendant lacks sufficient information to admit or deny the allegations contained in paragraph 18 of plaintiff's complaint.

19.  Defendant admits the allegations contained in paragraph 19 of plaintiff's complaint.

20.  Defendant admits the allegations contained in paragraph 20 of plaintiff's complaint.

21.  Defendant lacks sufficient information to admit or deny the allegations contained in paragraph 21 of plaintiff's complaint.

22.  Defendant lacks sufficient information to admit or deny the allegations contained in paragraph 22 of plaintiff's complaint.

23.  Defendant lacks sufficient information to admit or deny the allegation contained in paragraph 23 of plaintiff's complaint.

24.  Defendant lacks sufficient information to admit or deny the allegations contained in the first two sentences of paragraph 24 of plaintiff's complaint.  Defendant denies the remaining allegations of that paragraph.

25.  Defendant lacks sufficient information to admit or deny the allegations contained in paragraph 25 of plaintiff's complaint.

26.  Defendant admits that participation is not required. Defendant lacks sufficient information to otherwise admit or deny the allegations contained in paragraph 26.

27.  Defendant lacks sufficient information to admit or deny the allegations contained in paragraph 27 of plaintiff's complaint.

28.  Defendant lacks sufficient information to admit or deny the allegations

contained in paragraph 28 of plaintiff's complaint.

29.     Defendant lacks sufficient information to admit or deny the allegations contained in paragraph 29 of plaintiff's complaint.

30.     Defendant lacks sufficient information to admit or deny the allegations contained in paragraph 30 of plaintiff's complaint.

31.     Defendant lacks sufficient information to admit or deny the allegations contained in paragraph 31 of plaintiff's complaint.

32.     Defendant admits the allegations contained in paragraph 32 of plaintiff's complaint.

33.     Defendant admits that the quoted language reflects a portion of Public Act 95-138.

34.     Defendant admits that federal law provides that confirmation or tentative nonconfirmation shall be made within three days and that final nonconfirmation be made within 10 days.  Defendant denies any inference to the contrary which is contained in paragraph 34 of plaintiff's complaint.

35.     The allegations contained in the first sentence of paragraph 35 of plaintiff's complaint consist of legal conclusions which defendant neither admits nor denies. Defendant denies the allegations in the second sentence of paragraph 35.

36.     The allegations contained in paragraph 36 of plaintiff's complaint consist of legal conclusions which defendant neither admits, nor denies.

37.     The allegations contained in paragraph 37 of plaintiff's complaint consist of legal conclusions which defendant neither admits, nor denies.

38.     Defendant lacks sufficient information to admit or deny the allegations

contained in paragraph 38 of plaintiff's complaint.

39. Defendant denies the allegations contained in paragraph 39 of plaintiff's complaint.

40. Defendant lacks sufficient information to admit or deny the allegations contained in paragraph 40 of plaintiff's complaint.

41. Defendant lacks sufficient information to admit or deny the allegations contained in paragraph 41 of plaintiff's complaint.

42. Defendant lacks sufficient information to admit or deny the allegations contained in paragraph 42 of plaintiff's complaint.

43. Defendant denies the allegations contained in paragraph 43 of plaintiff's complaint.

44. Defendant repeats and incorporates by reference, the answers to paragraphs 1 through 43 as the answer to paragraph 44 of plaintiff's complaint.

45. Defendant admits the allegations contained in paragraph 45 of plaintiff's complaint.

46. The allegations contained in paragraph 46 of plaintiff's complaint consist of legal conclusions which defendant denies.

47. The allegations contained in paragraph 47 of plaintiff's complaint consist of legal conclusions which defendant neither admits, nor denies.

48. Defendant denies the allegations contained in paragraph 48 of plaintiff's complaint.

49. Defendant denies the allegations contained in paragraph 49 of plaintiff's complaint.

50. Defendant denies the allegations contained in paragraph 50 of plaintiff's complaint.

51. Defendant denies the allegations contained in paragraph 51 of plaintiff's complaint.

WHEREFORE, defendant prays that this honorable Court enter judgement in its favor and against the plaintiff.

                          Respectfully submitted,

                          THE STATE OF ILLINOIS,

                              Defendant,

                          LISA MADIGAN, Attorney General,
                          State of Illinois,

TERENCE J. CORRIGAN, #06191237      Attorney for Defendant,
Assistant Attorney General
500 South Second Street
Springfield, Illinois  62706
217/782-5819                               BY: s/Terence J. Corrigan
                                               TERENCE J. CORRIGAN
       Of Counsel.                         Assistant Attorney General

**Certificate of Service**

I hereby certify that on December 3, 2007, I presented the foregoing Answer to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following:

alexander.haas@usdoj.gov

and I hereby certify that on December 3, 2007, I have mailed by United States Postal Service, the document to the following non-registered participant:

None

/s/Terence J. Corrigan
Terence J. Corrigan
Assistant Attorney General
500 South Second Street
Springfield, IL 62706
Telephone: 217/782-5819
Facsimile: 217/524-5091
E-mail: tcorrigan@atg.state.il.us