E-FILED
Monday, 10 December, 2007   04:51:32 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 07-3261 |
| | ) | |
| THE STATE OF ILLINOIS, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR ENLARGEMENT OF TIME
TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Now comes defendant, THE STATE OF ILLINOIS, by its attorney, Lisa Madigan, Attorney General of the State of Illinois, and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, hereby respectfully requests an enlargement of time to respond to plaintiff's motion for summary judgment, stating as follows:

1. On September 25, 2007, plaintiff's complaint was filed in the United States District Court for the Central District of Illinois.

2. On November 16, 2007, plaintiff filed a motion for summary judgment in this matter.

3. Defendant's response to the motion is due December 10, 2007.

4. The parties are attempting to reach an agreement regarding certain issues in this case relative to the motion for summary judgment.

5. Additional time is necessary to resolve those issues.

6. Defendant requests a two day enlargement of time, to and including December 12, 2007, in which to file its response to plaintiff's motion for summary judgment or otherwise plead.

7. Counsel for plaintiff has no objection to this request.

8. This motion is made in good faith and is not made for the purpose of causing undue delay.

Respectfully submitted,

THE STATE OF ILLINOIS,

Defendant,

LISA MADIGAN, Attorney General,
State of Illinois,

Attorney for Defendant,

TERENCE J. CORRIGAN, #06191237
CARRIE L. KINSELLA, #6283318
Assistant Attorney General
500 South Second Street
Springfield, Illinois  62706
217/782-5819

BY: s/Terence J. Corrigan
   TERENCE J. CORRIGAN
   CARRIE L. KINSELLA
   Assistant Attorneys General

Of Counsel.

**Certificate of Service**

I hereby certify that on December 10, 2007, I presented the foregoing Motion for Enlargement of Time to Respond to Plaintiff's Motion for Summary Judgment to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following:

alexander.haas@usdoj.gov

and I hereby certify that on December 10, 2007, I have mailed by United States Postal Service, the document to the following non-registered participant:

None

/s/Terence J. Corrigan
Terence J. Corrigan
Carrie L. Kinsella
Assistant Attorneys General
Attorneys for Defendants
500 South Second Street
Springfield, IL 62706
Telephone: 217/782-5819
Facsimile: 217/524-5091
E-mail: tcorrigan@atg.state.il.us