E-FILED
Wednesday, 12 December, 2007   04:08:55 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**SPRINGFIELD DIVISION**

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | |
| ) | CIVIL ACTION NO.: |
| Plaintiff, ) | |
| ) | 07-cv-3261-JES-BGC |
| v. ) | |
| ) | |
| THE STATE OF ILLINOIS, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

This cause coming to be heard on the parties' joint motion to stay proceedings; defendant having agreed that during the pendency of this litigation it will refrain from enforcing Section 12(a) of the Illinois Act, including, but not limited to, taking or threatening to take any of the following enforcement actions: (a) prohibiting Illinois employers from enrolling in the E-Verify / Basic Pilot Program after the effective date of the Illinois Act; (b) prohibiting Illinois employers enrolled in the E-Verify / Basic Pilot Program prior to January 1, 2008 from continuing to participate in the program after the effective date of the Illinois Act; and (c) pursuing, or threatening to pursue, any legal action, whether administrative, civil, or criminal, against any Illinois employer violating the prohibitions of Section 12(a) of the Illinois Act; and plaintiff having agreed that during the pendency of this litigation it will refrain from seeking a preliminary injunction and/or temporary restraining order to enjoin the enforcement of Section 12(a) of the Illinois Act; and the Court being fully advised in the premises:

IT IS HEREBY ORDERED that the joint motion is granted, briefing on the motion for summary judgment is stayed for sixty days, this cause is set for hearing on _____ at

_____ for the parties to report on the status of pending legislation and that the parties will meet and confer no sooner than ten days before the expiration of the stay to discuss further proceedings.

Dated: _____

_____
JUDGE

3:07-cv-03261-JES-BGC  # 13   Page 2 of 2