UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | CIVIL ACTION NO.: |
| Plaintiff, | ) | |
| | ) | 07-cv-3261-JES-BGC |
| v. | ) | |
| | ) | |
| THE STATE OF ILLINOIS, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT ON PENDING LEGISLATION**

Now come the parties, and hereby present their status report on pending legislation in this matter, stating as follows:

1. At issue in this litigation is Section 12(a) of the Right to Privacy in the Workplace Act, 820 ILCS 55/1 *et seq*.

2. Plaintiff alleges that the challenged provision of the Right to Privacy in the Workplace Act, 820 ILCS 55/12(a), is preempted under the Supremacy Clause of the United States Constitution, and seeks to permanently enjoin its enforcement.

3. The parties requested a sixty-day stay in the matter to allow the Illinois legislature an opportunity to consider pending legislation that would either amend or repeal the challenged provision.

4. This Honorable Court granted the parties' motion to stay this matter until April 15, 2008, and directed the parties to file a status report on the pending legislation on that date.

5. The pending legislation, described below, may render this litigation moot.

6. Senate Bill 1878, which proposes an amendment to the provision of the Right to

Privacy in the Workplace Act at issue in this litigation, was passed by the Senate of the State of Illinois on April 9, 2008 and has been referred to the house

       8.       Contemporaneously with this status report, the parties are moving to stay this matter an additional 60 days to allow the Illinois General Assembly further time to complete consideration of this pending legislation.

                                                      Respectfully submitted,

| | |
|---|---|
| LISA MADIGAN | JEFFREY S. BUCHHOLZ |
| Attorney General of the State of Illinois | Acting Assistant Attorney General |
| | |
| s/ Terence J. Corrigan | RODGER A. HEATON |
| TERENCE J. CORRIGAN, #6191237 | United States Attorney |
| Assistant Attorney General | |
| 500 South Second Street | ARTHUR R. GOLDBERG |
| Springfield, IL 62706 | Assistant Director, Federal Programs Branch |
| Telephone: 217/782-5819 | |
| Facsimile: 217/524-5091 | s/Alexander K. Haas (with consent) |
| E-mail: tcorrigan@atg.state.il.us | ALEXANDER K. HAAS (CA Bar# 220932) |
| Attorneys for Defendant, the State of Illinois | Attorney for Plaintiff |
| | Trial Attorney, Federal Programs Branch |
| | United States Department of Justice |
| | P.O. Box 883 |
| | Washington, D.C. 20044 |
| | Tel: (202) 307-3937—Fax: (202) 616-8470 |
| | alexander.haas@usdoj.gov |

## Certificate of Service

I hereby certify that on April 15, 2008, I presented the foregoing Joint Status Report on Pending Legislation to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following:

alexander.haas@usdoj.gov

and I hereby certify that on April 15, 2008, I have mailed by United States Postal Service, the document to the following non-registered participant:

None

/s/Terence J. Corrigan
Terence J. Corrigan
Assistant Attorney General
Attorney for Defendant
500 South Second Street
Springfield, IL 62706
Telephone: 217/782-5819
Facsimile: 217/524-5091
E-mail: tcorrigan@atg.state.il.us