E-FILED
Friday, 13 June, 2008 03:26:54 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | CIVIL ACTION NO.: |
| Plaintiff, | ) | |
| | ) | 07-cv-3261-JES-BGC |
| v. | ) | |
| | ) | |
| THE STATE OF ILLINOIS, | ) | |
| | ) | |
| Defendant. | ) | |

### JOINT STATUS REPORT ON PENDING LEGISLATION

Now come the parties, and hereby present their status report on pending legislation in this matter, stating as follows:

1. At issue in this litigation is Section 12(a) of the Right to Privacy in the Workplace Act, 820 ILCS 55/1 *et seq*.

2. Plaintiff alleges that the challenged provision of the Right to Privacy in the Workplace Act, 820 ILCS 55/12(a), is preempted under the Supremacy Clause of the United States Constitution, and seeks to permanently enjoin its enforcement.

3. The parties requested a stay in the matter to allow the Illinois legislature an opportunity to consider pending legislation that would either amend or repeal the challenged provision.

4. This Honorable Court granted the parties' motion to stay this matter until June 15, 2008, and directed the parties to file a status report on the pending legislation on that date.

5. Senate Bill 1878, which proposes an amendment to the provision of the Right to Privacy in the Workplace Act at issue in this litigation, was passed by the Senate of the State of Illinois on April 9, 2008 and was referred to the House.

6. The legislation failed in a vote in the House and a motion to reconsider was filed and is currently pending.

7. The defendant believes that an attempt is being made in the House to craft an amendment to the legislation which will appease the opposition in the House.

8. The legislative session will resume in November, unless the legislature is called back earlier.

9. Contemporaneously with this status report, defendant is moving to again stay this matter to allow the Illinois General Assembly further time to complete consideration of this pending legislation.

10. Plaintiff opposes any additional stay in this matter and will oppose the continued stay of litigation and seek a briefing schedule on the pending motion for summary judgment within the time allowed by the local rules. Plaintiff understands that defendant will continue to stay enforcement of the state law at issue at this time.

Respectfully submitted,

| | |
|---|---|
| LISA MADIGAN<br>Attorney General of the State of Illinois | GREGORY G. KATSAS<br>Acting Assistant Attorney General |
| s/ Terence J. Corrigan<br>TERENCE J. CORRIGAN, #6191237<br>Assistant Attorney General<br>500 South Second Street<br>Springfield, IL 62706<br>Telephone: 217/782-5819<br>Facsimile: 217/524-5091<br>E-mail: tcorrigan@atg.state.il.us<br>Attorneys for Defendant, the State of Illinois | RODGER A. HEATON<br>United States Attorney<br><br>ARTHUR R. GOLDBERG<br>Assistant Director, Federal Programs Branch<br><br>s/Alexander K. Haas (with consent)<br>ALEXANDER K. HAAS (CA Bar# 220932)<br>Attorney for Plaintiff<br>Trial Attorney, Federal Programs Branch<br>United States Department of Justice<br>P.O. Box 883<br>Washington, D.C. 20044<br>Tel: (202) 307-3937—Fax: (202) 616-8470<br>alexander.haas@usdoj.gov |

**Certificate of Service**

I hereby certify that on June 13, 2008, I presented the foregoing Joint Status Report to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following:

alexander.haas@usdoj.gov

and I hereby certify that on June 13, 2008, I have mailed by United States Postal Service, the document to the following non-registered participant:

> None

> /s/Terence J. Corrigan
> Terence J. Corrigan
> Assistant Attorneys General
> Attorney for Defendant
> 500 South Second Street
> Springfield, IL 62706
> Telephone: 217/782-5819
> Facsimile: 217/524-5091
> E-mail: tcorrigan@atg.state.il.us