E-FILED
Friday, 13 June, 2008  03:28:56 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| -vs- | ) ) | No. 07-3261 |
| THE STATE OF ILLINOIS, | ) ) ) | |
| Defendant. | ) | |

## MOTION TO CONTINUE STAY

Now comes defendant, THE STATE OF ILLINOIS, by its attorney, Lisa Madigan, Attorney General of the State of Illinois, and moves this Court to continue the stay in this matter to allow the legislature to continue to work on the pending legislation to amend the Right to Privacy in the Workplace Act.

In support thereof, it is stated:

1. Plaintiff brought this action challenging the constitutionality of §12(a) of the Right to Privacy in the Workplace Act.

2. Prior to the effective date of the provisions at issue, defendant agreed not to enforce the statute pending this litigation.

3. The General Assembly is working on an amendment to the Right to Privacy in the Workplace Act which would eliminate the challenged language from the Act.

4. While, just prior to Spring adjournment of the legislative session, the proposed legislation failed in the House, a motion to reconsider is pending and the undersigned believes that an attempt is being made to amend the proposed legislation to satisfy the concerns of the House, while still eliminating the challenged language.

5.   Defendant has agreed to refrain from enforcing the challenged provisions during this litigation and no prejudice will result to plaintiff from a continuation of the stay.

6.   Federal courts should avoid constitutional questions, if possible, and "strive doubly to avoid making unnecessary constitutional decisions," *Koger v. Bryan*, 523 F.3d 789, 801 (7th Cir. 2008)(quoting *ISI International, Inc. v. Borden*, 439 F.3d 388, 390 (7th Cir. 2006).

7.   Continuation of the stay may avoid the necessity of the Court deciding the constitutional question raised by plaintiff's complaint.

WHEREFORE, defendant prays that this honorable Court continue the stay to this case until the legislature completes its full session.

Respectfully submitted,

THE STATE OF ILLINOIS,

Defendant,

LISA MADIGAN, Attorney General,
State of Illinois,

Attorney for Defendant,

TERENCE J. CORRIGAN, #06191237
Assistant Attorney General
500 South Second Street
Springfield, Illinois  62706
217/782-5819

BY: s/Terence J. Corrigan
    TERENCE J. CORRIGAN
    Assistant Attorneys General

Of Counsel.

## Certificate of Service

I hereby certify that on June 13, 2008, I presented the foregoing Motion to Continue Stay to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following:

alexander.haas@usdoj.gov

and I hereby certify that on June 13, 2008, I have mailed by United States Postal Service, the document to the following non-registered participant:

None

/s/Terence J. Corrigan
Terence J. Corrigan
Assistant Attorneys General
Attorney for Defendant
500 South Second Street
Springfield, IL 62706
Telephone: 217/782-5819
Facsimile: 217/524-5091
E-mail: tcorrigan@atg.state.il.us